F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 9 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01431-BNB

TIMOTHY DOYLE YOUNG,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

## ORDER DISMISSING CASE

---

    Petitioner, Timothy Doyle Young, is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at ADX Florence. Originally, Mr. Young filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody in the United States District Court for the District of Connecticut (District of Connecticut). On November 30, 2010, the District of Connecticut closed the case because Mr. Young failed to comply with a court order. Mr. Young appealed the action to the United States Court of Appeals for the Second Circuit (Second Circuit). On May 23, 2011, the Second Circuit *sua sponte* ordered the petition and pending *in forma pauperis* status transferred to this Court.

    Inadvertently, the case transferred from the District of Connecticut was opened in this Court as two separate cases--Case No. 11-cv-01365-BNB and the instant action. To remedy the error, this action will be dismissed without prejudice. Case No. 11-cv-

01365-BNB will proceed for further review.

IT IS ORDERED that the Clerk of the Court dismiss this action, without prejudice.

DATED at Denver, Colorado, this  7th  day of      June          , 2011.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01431-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 9, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk